**No. 66195.**—S. Godfrey Co., Inc. *v.* United States, protest 60/16846 (Boston).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the gross weight of the wool noils was 7,071 pounds, whereas the landed net weight was only 6,587 pounds, the collector was directed to reliquidate the entry accordingly.

**No. 66196.**—T. D. Downing Company *v.* United States, protest 61/4427 (Boston).

Opinion by JOHNSON, J.  The protest was dismissed.

**No. 66197.**—F. W. Myers & Co., Inc. *v.* United States, protest 60/23994 (Ogdensburg).

Opinion by DONLON, J.  In accordance with oral stipulation of counsel that the merchandise consists of fresh horsemeat, decharacterized, the claim of the plaintiff was sustained.